

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-18-00883-CR

April Loreace **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0874-CR-B
Honorable Jessica Crawford, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on June 27, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a second motion for an extension of time to file the brief until July 22, 2019.

Appellant's motion is GRANTED; the brief is due on July 22, 2019.

**Any further motion for extension of time to file Appellant's brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court